KAMALA D. HARRIS
Attorney General of California
ROBERT W. BYRNE
Supervising Deputy Attorney General
CECILIA L. DENNIS
Deputy Attorney General
State Bar No. 201997
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5894
 Fax:  (415) 703-5395
 E-mail:  Cecilia.Dennis@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KEVIN MARILLEY, on behalf of himself and similarly situated,**<br><br>Plaintiff,<br><br>v.<br><br>**JOHN McCAMMAN, in his personal and official capacity; KEVIN HUNTING, in his personal and official capacity; DONALD KOCH in his personal and official capacity; RICHARD B. ROGERS, in his personal and official capacity; MICHAEL SUTTON, in his personal and official capacity; DANIEL W. RICHARDS, in his personal and official capacity; and JACK BAYLIS, in his personal and official capacity,**<br><br>Defendants. | 11-CV-2418<br><br>**STIPULATION [AND PROPOSED ORDER] TO EXTEND TIME TO RESPOND TO COMPLAINT AND JOINT REQUEST FOR ORDER SETTING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS AS MODIFIED**<br><br>Judge:          Magistrate Judge Donna Ryu<br>Action Filed:  May 18, 2011 |

Plaintiff Kevin Marilley filed this action, on behalf of himself and similarly situated non-California resident commercial fishermen, on May 18, 2011, challenging the fees charged by the State of California to non-resident commercial fishermen for several commercial fishing permits, licenses, registrations, as invalid under the federal Constitution.

1

1    All Defendants have waived service of process under Rule 4(d) of the Federal Rules of
2 Civil Procedure.
3    The parties have met and conferred to discuss a schedule for Defendants' anticipated
4 motion to dismiss under Federal Rule of Civil Procedure 12.
5    Pursuant to Local Rule 6-1(a), the parties stipulate to extending Defendants' time to answer
6 or otherwise respond to Plaintiff's complaint until August 22, 2011.
7    Pursuant to Local Rules 6-1(b) and 6-2, the parties stipulate to the following schedule for
8 briefing on Defendants' motion to dismiss:
9    Defendants will file their motion to dismiss and supporting papers on or before August 22,
10 2001;
11    Plaintiff will file his opposition to Defendants' motion on or before October 3, 2011;
12    Defendants will file their reply in support of their motion on or before October 17, 2011.
13    The enlargements of time requested herein are to accommodate other commitments of
14 counsel and the parties, including workload demands and scheduled vacations.  This is the first
15 time modification in this case.
16    The parties jointly and respectfully request that the Court order the above schedule.

2

Stipulation [and ~~Proposed~~ Order] to Extend Time to Respond to Complaint and Joint Request for Order Setting Briefing Schedule for Defendants' Motion to Dismiss  (11-CV-2418)

| | |
|---|---|
| Dated:  July 25, 2011 | Respectfully submitted, |
| | KAMALA D. HARRIS<br>Attorney General of California<br>ROBERT W. BYRNE<br>Supervising Deputy Attorney General |
| | */s/ CECILIA L. DENNIS*<br>_____<br>CECILIA L. DENNIS<br>Deputy Attorney General<br>*Attorneys for Defendants* |
| Dated:  July 25, 2011 | */s/ STUART G. GROSS*<br><br>STUART G. GROSS<br>Gross Law<br>*Counsel for Plaintiff and Putative Class* |

PURSUANT TO STIPULATION, IT IS SO ORDERED.  <u>ANY MOTION TO DISMISS MUST BE NOTICED FOR HEARING ON NOVEMBER 3, 2011 AT 11:00 A.M.</u>

Dated: August 8, 2011

_____
MAGISTRATE JUDGE DONNA RYU

SF2011201820
20490767.doc

3

Stipulation [and ~~Proposed~~ Order] to Extend Time to Respond to Complaint and Joint Request for Order Setting Briefing Schedule for Defendants' Motion to Dismiss  (11-CV-2418)