United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10
11  KEVIN MARILLEY,                         No. C-11-02418-DMR
12          Plaintiff,                      **ORDER RE STIPULATION AND PRELIMINARY INJUNCTION**
13      v.
14  JOHN MCCAMMAN, *et al.*,
15          Defendants.
16  _____/
17      The court is in receipt of the parties' stipulation and proposed order re preliminary
18  injunction. [Docket No. 22.] The court accepts the proposed briefing schedule for Plaintiff's
19  application for a preliminary injunction. However, the court ORDERS that the parties address in the
20  moving and opposing brief the propriety of the alteration of the preliminary junction standard that
21  they request in paragraph 4 of the stipulation.
22
23      IT IS SO ORDERED.
24
25  Dated: August 31, 2011

        IT IS SO ORDERED
        AS MODIFIED
        Judge Donna M. Ryu

26                                          _____
27                                          DONNA M. RYU
                                            United States Magistrate Judge
28