UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEVIN MARILLEY,

    Plaintiff(s),

v.

JOHN MCCAMMAN,

    Defendant(s).

No. C-11-02418-DMR

**ORDER REQUESTING SUPPLEMENTAL BRIEFING**

The court is in receipt of Plaintiff's motion for preliminary injunction. After a careful reading of the papers and relevant case law, the court has determined that Plaintiff has not sufficiently demonstrated that the court has the power to issue a preliminary injunction without making a finding of likely irreparable harm. The court therefore ORDERS that Plaintiff file supplemental briefing with the court no later than September 19, 2011 that shows Plaintiff likely will suffer irreparable harm in the absence of a preliminary injunction. If Plaintiff continues to take the position that the court may alter the standard for issuing a preliminary injunction, Plaintiff may provide supplemental briefing on that subject **as well**. The court also ORDERS that Defendant provide briefing on these two issues no later than September 21, 2011.

IT IS SO ORDERED.

Dated: September 15, 2011

_____
DONNA M. RYU
United States Magistrate Judge