Stuart G. Gross (#251019)
(sgross@gross-law.com)
**GROSS LAW**
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
Telephone:  (415) 671-4628
Facsimile:  (415) 480-6688

*Counsel for Plaintiffs and the
Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **KEVIN MARILLEY**, and **SALVATORE PAPETTI**, on behalf of themselves and similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**JOHN McCAMMAN**, in his personal and official capacity; **Donald Koch**, in his personal and official capacity; **Jim Kellogg**, in his personal and official capacity; **Richard B. Rogers**, in his personal and official capacity; **Michael Sutton**, in his personal and official capacity; **Daniel W. Richards**, in his personal and official capacity; and **Jack Baylis**, in his personal and official capacity,<br><br>Defendants. | Case No. 11-cv-2418 (DMR)<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING DEADLINE TO ADD ADDITIONAL PLAINTIFFS AND GRANTING PLAINTIFFS LEAVE TO FILE AN AMENDED COMPLAINT ADDING SAVIOR PAPETTI AS AN ADDITIONAL LEAD PLAINTIFF** |

1   WHEREAS, in its Initial Scheduling Order, the Court set <u>September 30, 2011</u> as the last
2   day to seek leave to add additional plaintiffs;

3   WHEREAS, on <u>September 27, 2011</u>, Plaintiff Kevin Marilley filed a First Amended
4   Complaint through which he added Salvatore Papetti as an additional lead plaintiff;

5   WHEREAS, Defendants, in their Motion to Dismiss, challenged the standing of Plaintiff
6   Kevin Marilley to assert claims that arise out of the nonresident fees charged for Dungeness
7   crab vessel permits, and, in their Reply In Support of their Motion to Dismiss (filed after
8   Plaintiff filed his First Amended Complaint) challenged the standing of both Plaintiffs to pursue
9   the crab permit claims;

10   WHEREAS, Plaintiffs' counsel declares that Savior Papetti jointly holds a Dungeness
11   crab vessel permit with his father, Plaintiff Salvatore Papetti, and has since signed a retainer
12   agreement with Plaintiffs' counsel, agreeing to act as a lead plaintiff in this action, and has
13   agreed to consent to a magistrate judge for all purposes;

14   WHEREAS, Plaintiffs' counsel asserts that Savior Papetti can establish standing to
15   challenge the nonresident fees charged for Dungeness crab vessel permits and will do so either
16   in the amended complaint or with the simultaneous filing of an affidavit; and

17   WHEREAS, Defendants' Motion to Dismiss is scheduled to be heard by the Court on
18   <u>November 3, 2011</u>.

19   THE PARTIES HEREBY STIPULATE AND AGREE, IN ACCORDANCE WITH CIVIL
20   LOCAL RULES 6-2 AND 7-12, SUBJECT TO COURT APPROVAL:

21   1.   The last day to file an amended complaint to add plaintiffs is extended to ten (10)
22   days after the Court issues a decision on Defendants' Motion to Dismiss;

23   2.   Plaintiffs shall have leave during this 10-day period to add Savior Papetti as a
24   lead plaintiff; and

25   3.   Defendants' shall have thirty (30) days to file an answer or otherwise respond
26   following the filing of the amended complaint adding Savior Papetti as a lead plaintiff.

27

28

---

**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING DEADLINE TO ADD ADDITIONAL
PLAINTIFFS AND GRANTING PLAINTIFFS LEAVE TO ADD SAVIOR PAPETTI AS AN
ADDITIONAL LEAD PLAINTIFF; CASE NO. 11-cv-2418**                                          1

Dated:  November 2, 2011                          Respectfully submitted,

**GROSS LAW**

_____/s/ Stuart G. Gross_____
STUART G. GROSS

_Counsel for Plaintiff and Putative Class_

Dated:  November 2, 2011                          **KAMALA D. HARRIS**
Attorney General of California
ROBERT W. BYRNE
Supervising Deputy Attorney General

_____
CECILIA L. DENNIS
Deputy Attorney General

_Attorneys for Defendants_

PURSUANT TO STIPULATION, IT IS SO ORDERED,

Dated:  November 8, 2011

MAGISTRATE JUDGE DONNA M. RYU

IT IS SO ORDERED
Judge Donna M. Ryu
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING DEADLINE TO ADD ADDITIONAL PLAINTIFFS AND GRANTING PLAINTIFFS LEAVE TO ADD SAVIOR PAPETTI AS AN ADDITIONAL LEAD PLAINTIFF; CASE NO. 11-cv-2418**                                    2