1  KAMALA D. HARRIS
   Attorney General of California
2  ROBERT W. BYRNE
   Supervising Deputy Attorney General
3  CECILIA L. DENNIS, SBN 201997
   M. ELAINE MECKENSTOCK, SBN 268861
4  Deputy Attorneys General
     455 Golden Gate Avenue, Suite 11000
5    San Francisco, CA  94102-7004
     Telephone:  (415) 703-5894
6    Fax:  (415) 703-5480
     E-mail:  Elaine.Meckenstock@doj.ca.gov
7  *Attorneys for All Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **KEVIN MARILLEY,** and **SALVATORE PAPETTI**, on behalf of themselves and similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**JOHN McCAMMAN**, in his personal and official capacity; **DONALD KOCH** in his personal and official capacity; **RICHARD B. ROGERS**, in his personal and official capacity; **MICHAEL SUTTON**, in his personal and official capacity; **DANIEL W. RICHARDS**, in his personal and official capacity; and **JACK BAYLIS**, in his personal and official capacity,<br><br>Defendants. | 11-CV-2418-DMR<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SUBSTITUTION OF DEFENDANT CHARLTON H. BONHAM AND DISMISSAL OF DEFENDANT KEVIN HUNTING**<br><br>Judge:  The Honorable Donna Ryu<br>Action Filed:  May 18, 2011 |

WHEREAS on May 18, 2011, Plaintiff Kevin Marilley filed the instant action naming, *inter alia*, John McCamman and Kevin Hunting, in both their personal and official capacities, as defendants;

1

WHEREAS on September 6, 2011, Charlton H. Bonham assumed the role of Director of the California Department of Fish and Game ("DFG"), replacing John McCamman in that official capacity;

WHEREAS on October 4, 2011, Plaintiffs Kevin Marilley and Salvatore Papetti voluntarily dismissed all claims against Kevin Hunting without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1) (Dkt. No. 40);

THE PARTIES HERBY STIPULATE AND AGREE, IN ACCORDANCE WITH CIVIL LOCAL RULE 7-12, SUBJECT TO THE COURT'S APPROVAL:

1. The parties request that the Clerk reflect the changes described above where it is appropriate, including in ECF;

2. Specifically, the parties request that the Clerk substitute Charlton H. Bonham, in his official capacity, for John McCamman, in his official capacity, where it is appropriate, including in ECF, pursuant to Federal Rule of Civil Procedure 25(d);

3. The parties further request that the Clerk show Kevin Hunting as dismissed without prejudice from this lawsuit.

//
//
//
//
//
//
//
//
//
//
//

2

STIPULATION AND [PROPOSED] ORDER RE: SUBSTITUTION OF DEFENDANT CHARLTON H. BONHAM AND DISMISSAL OF DEFENDANT KEVIN HUNTING (11-CV-2418)

Dated: November 8, 2011 Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
ROBERT W. BYRNE
Supervising Deputy Attorney General


 /s/ M. Elaine Meckenstock
M. ELAINE MECKENSTOCK
Deputy Attorney General
*Attorneys for All Defendants*

Dated: November 8, 2011 GROSS LAW


_____
STUART G. GROSS
*Counsel for All Plaintiffs and Putative Class*


PURSUANT TO STIPULATION, IT IS SO ORDERED,


Dated: November 9, 2011 _____

MAGISTRATE JUDGE DONNA RYU

3

STIPULATION AND [PROPOSED] ORDER RE: SUBSTITUTION OF DEFENDANT CHARLTON H. BONHAM AND DISMISSAL OF DEFENDANT KEVIN HUNTING (11-CV-2418)