1   KAMALA D. HARRIS
    Attorney General of California
2   ROBERT W. BYRNE
    Supervising Deputy Attorney General
3   CECILIA L. DENNIS, SBN 201997
    M. ELAINE MECKENSTOCK, SBN 268861
4   Deputy Attorneys General
     455 Golden Gate Avenue, Suite 11000
5    San Francisco, CA  94102-7004
     Telephone:  (415) 703-5395
6    Fax:  (415) 703-5480
     E-mail:  Cecilia.Dennis@doj.ca.gov
7   *Attorneys for All Defendants*

8                IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                        OAKLAND DIVISION

11

12

13  **KEVIN MARILLEY; SALVATORE**          11-CV-2418-DMR
    **PAPETTI; SAVIOR PAPETTI, on behalf of**
14  **themselves and similarly situated,**     **STIPULATION AND [PROPOSED]**
                                            **PROTECTIVE ORDER**
15                          Plaintiffs,
                                            Judge        The Honorable Donna M. Ryu
16            **v.**
                                            Trial Date    July 30, 2012
17                                          Action Filed:  May 18, 2011
    **CHARLTON H. BONHAM, in his official**
18  **capacity; JIM KELLOGG, in his official**
    **capacity; MICHAEL SUTTON, in his**
19  **official capacity; DANIEL W. RICHARDS,**
    **in his official capacity; and JACK BAYLIS,**
20  **in his official capacity;**

21                          Defendants.

22

23       WHEREAS, on October 15, 2011, Plaintiff Kevin Marilley propounded his first set of

24  requests for production of documents on Defendant Director of the Department of Fish and Game

25  ("DFG Director"), in his official capacity;

26       WHEREAS, to the extent Plaintiff seeks documents identifying persons who have paid a

27  nonresident fee in connection with the purchase or renewal of one or more of four California

28
                                            1

commercial fishing licenses, permits, or registrations, these identifying documents are confidential documents under California Fish and Game Code section 8022(a);

WHEREAS, Fish and Game Code section 8022(b) provides that "the department may release the confidential information . . . pursuant to a court order[.]";

WHEREAS, Plaintiffs assert that they need the identifying information described above to prepare their class certification motion due January 5, 2012, and potentially for other purposes going to the merits;

WHEREAS, DFG Director does not oppose a Court order allowing him to release the confidential documents in compliance with Fish and Game Code section 8022(b), pursuant to and within the scope of a proper discovery request in this case.

ACCORDINGLY, THE PARTIES STIPULATE AND AGREE AS FOLLOWS:

1.   Pursuant to and within the scope of a proper discovery request in this case, DFG Director is authorized to release any document designated as confidential under Fish and Game Code section 8022(a).

2.   To the extent DFG Director produces documents containing identifying information, including names and contact information, for nonresident fishermen, Plaintiffs agree to keep the information confidential.

3.   Plaintiffs agree not to use the information deemed confidential to contact anyone identified in these documents unless and until (a) the Court certifies a class in this matter, or (b) the Court modifies this order.

4.   Nothing in this stipulation and [proposed] order shall prevent or limit Plaintiffs from communicating with persons whose contact information Plaintiffs independently possess or acquire.

5.   Nothing in this stipulation and [proposed] order shall prevent Defendants from objecting to, or otherwise opposing, any discovery request by Plaintiffs.

6.   Nothing in this stipulation and [proposed] order shall be deemed to constitute any agreement, admission, or consent by Plaintiffs concerning the propriety or legal basis of the

2

limitations described in Paragraph 3, and Defendants shall be barred from introducing the fact that counsel for Plaintiffs executed this stipulation and [~~proposed~~] order in support of any argument concerning the propriety or legal basis of the limitations described in Paragraph 3, including but not limited to any motion by Plaintiffs for sanctions.

7.    Plaintiffs further agree not to duplicate any information deemed confidential except to the extent necessary to utilize the confidential documents for the purposes for which they are being released.

8.    Plaintiffs further agree to destroy the original and any duplicates of any confidential information within 60 days of the Court's denial of class certification or, if the class is certified, within 60 days of a final determination of this case, including any appeals.

9.    Plaintiffs' counsel certifies that procedures are in place at his firm, office or other places where he conduct business, as well as at his residence if he takes the data home in any form, to prevent unauthorized disclosure of the confidential information.

10.    If any confidential identifying information subject to this protective order is lost, stolen, or misplaced while in the custody of Plaintiffs, Plaintiffs shall notify DFG Director in writing of any such occurrences.

Dated:  November 30, 2011                                    KAMALA D. HARRIS
                                                             Attorney General of California
                                                             ROBERT W. BYRNE
                                                             Supervising Deputy Attorney General


                                                              /s/  Cecilia L. Dennis
                                                             CECILIA L. DENNIS
                                                             Deputy Attorney General
                                                             *Attorneys for All Defendants*

3

1

2    Dated: November 29, 2011                    **GROSS LAW**

3
                                                  *Original Signed by S. Gross*
4
                                                 _____
5                                                Stuart G. Gross (SBN 251019)
                                                 sgross@gross-law.com
6                                                The Embarcadero, Pier 9, Suite 100
                                                 San Francisco, CA 94111
7                                                Telephone:  (415) 671-4628
                                                 Facsimile:   (415) 480-6688
8
                                                 *Counsel for Plaintiffs and Proposed Class*
9

10
            PURSUANT TO STIPULATION, IT IS SO ORDERED
11

12

13          December 1, 2011                     MAGISTRATE JUDGE DONNA RYU

14   SF2011201820

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                       4