Stuart G. Gross (#251019)
(sgross@gross-law.com)
Jared M. Galanis (#23859)
(jgalanis@gross-law.com)
**GROSS LAW**
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
t (415) 671-4628
f (415) 480-6688

*Counsel for Plaintiffs and Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **KEVIN MARILLEY**; **SALVATORE; PAPETTI; SAVIOR PAPETTI,** on behalf of themselves and similarly situated,<br><br>**Plaintiffs,**<br><br>v.<br><br>**CHARLTON H. BONHAM**, in his official capacity,<br><br>**Defendant.** | Case No. 11-2418 (DMR)<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER GRANTING PLAINTIFFS LEAVE TO FILE A FOURTH AMENDED COMPLAINT** |

STIPULATION AND [~~PROPOSED~~] ORDER GRANTING PLAINTIFFS LEAVE TO FILE A FOURTH AMENDED COMPLAINT; Case No. 11-2418

1  WHEREAS, on December 7, 2011, Plaintiffs Kevin Marilley, Salvatore Papetti, and Savior Papetti (collectively, "Plaintiffs") filed a Third Amended Complaint;

WHEREAS, Plaintiffs have propounded requests for production of documents upon Defendant;

WHEREAS, based upon the documents that were produced by Defendant in response and reviewed by Plaintiffs, Plaintiffs have determined that there are members of the proposed class who reside outside of the United States;

WHEREAS, in light of this determination and the nature of the claims brought by Plaintiffs on behalf of the proposed class, Plaintiffs have determined the class definition, described in Paragraph 18 of the Third Amended Complaint, should be modified to read as follows: "All individuals residing in the United States who, during the period beginning on May 18, 2009 through present ('Class Period'), purchased or renewed a California commercial fishing license, permit, or registration, and were required to pay a non-resident fee in connection with such purchase or renewal";

WHEREAS, the proposed Fourth Amended Complaint does not otherwise differ from the Third Amended Complaint; and

WHEREAS, Defendant is required to respond to the Third Amended Complaint on January 6, 2012;

IT IS HEREBY STIPULATED AND AGREED, subject to court approval, by and between the undersigned counsel on behalf of the parties as follows:

1. Plaintiffs are granted leave to file a Fourth Amended Complaint, a copy of which is attached hereto as Exhibit A;

2. Defendant shall have seven (7) days following entry of this order by the Court to respond to the Fourth Amended Complaint; and

3. In the event the Court denies Plaintiffs leave to file a Fourth Amended Complaint, Defendant shall have seven (7) days from the Court's order denying such request to respond to the Third Amended Complaint.

STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFFS LEAVE TO FILE A FOURTH AMENDED COMPLAINT; Case No. 11-2418

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: January 5, 2012 | Respectfully submitted, |
| 3 | | **GROSS LAW** |
| 4 | | |
| 5 | | _____*/s/ Stuart G. Gross*_____ |
| 6 | | STUART G. GROSS |
| 7 | | *Counsel for Plaintiffs and Proposed Class* |
| 8 | | |
| 9 | | |
| 10 | Dated: January 5, 2012 | **KAMALA D. HARRIS** Attorney General of California |
| 11 | | **ROBERT W. BYRNE** Supervising Deputy Attorney General |
| 12 | | |
| 13 | | |
| 14 | | _____*/s/ Cecilia L. Dennis*_____ CECILIA L. DENNIS |
| 15 | | Deputy Attorney General |
| 16 | | *Attorneys for Defendants* |

PURSUANT TO STIPULATION, IT IS SO ORDERED,

Dated: January 6, 2012

_____
MAGISTRATE JUDGE DONNA RYU

---

STIPULATION AND [~~PROPOSED~~] ORDER GRANTING PLAINTIFFS LEAVE TO FILE A FOURTH AMENDED COMPLAINT; Case No. 11-2418

**ATTESTATION REGARDING SIGNATURES**

Pursuant to this Court's General Order 45, section X(B), I hereby attest that I have obtained concurrence in the filing of this Stipulation and Proposed Order from the other signatory.

Dated: January 5, 2012            **GROSS LAW**

                                            */s/ Stuart G. Gross*
                                            Stuart G. Gross

---

STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFFS LEAVE TO FILE A FOURTH AMENDED COMPLAINT; Case No. 11-2418