1    KAMALA D. HARRIS
     Attorney General of California
2    ROBERT W. BYRNE
     Supervising Deputy Attorney General
3    CECILIA L. DENNIS, SBN 201997
     M. ELAINE MECKENSTOCK, SBN 268861
4    Deputy Attorneys General
      455 Golden Gate Avenue, Suite 11000
5     San Francisco, CA  94102-7004
      Telephone:  (415) 703-5894
6     Fax:  (415) 703-5480
      E-mail:  Cecilia.Dennis @doj.ca.gov
7    *Attorneys for Defendant*

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                            OAKLAND DIVISION

11

12

13   **KEVIN MARILLEY, SALVATORE**           11-CV-2418-DMR
     **PAPETTI, and SAVIOR PAPETTI, on**
14   **behalf of themselves and similarly situated,**   **STIPULATION AND [~~PROPOSED~~]**
                                              **ORDER REGARDING MODIFICATION**
15                          Plaintiffs,       **OF BRIEFING SCHEDULE AND**
                                              **HEARING DATE FOR PLAINTIFFS'**
16              **v.**                         **MOTION FOR CLASS CERTIFICATION**

17
     **CHARLTON BONHAM, in his personal**     Judge:      The Honorable Donna Ryu
18   **and official capacity,**               Action Filed:  May 18, 2011

19                          Defendant.

20

21       WHEREAS in its initial scheduling order (Doc. 24), the Court set February 2, 2012, as the

22   date for hearing on a motion for class certification;

23       WHEREAS Plaintiffs filed their motion for class certification on January 5, 2012;

24       WHEREAS under the existing hearing schedule, Defendant's opposition to the motion for

25   class certification is due January 19, 2012.

26       WHEREAS the accompanying declaration of Defendant's counsel, Deputy Attorney

27   General Cecilia L. Dennis, addresses the factors identified in Civil Local Rule 6–2.

28
                                              1
     STIPULATION AND [~~PROPOSED~~] ORDER REGARDING MODIFICATION OF BRIEFING SCHEDULE AND
            HEARING DATE FOR PLAINTIFFS' MOTION FOR CLASS CERTIFICATION (11-CV-2418)

1    THE PARTIES HERBY STIPULATE AND AGREE, IN ACCORDANCE WITH CIVIL

2    LOCAL RULES 6-2 AND 7-12, SUBJECT TO THE COURT'S APPROVAL:

3        1.    The hearing on Plaintiffs' motion for class certification is reset to February 23, 2012,

4    at 11:00 a.m.

5        2.    Defendant's opposition to Plaintiffs' motion for class certification is now due January

6    27, 2012;

7        3.    Plaintiff's reply to Defendant's opposition is due February 7, 2012.

8
9    Dated:  January 18, 2012                          Respectfully submitted,

10                                                      KAMALA D. HARRIS
                                                        Attorney General of California
11                                                      ROBERT W. BYRNE
                                                        Supervising Deputy Attorney General

12
13                                                      */s/ Cecilia L. Dennis*
                                                        _____
14                                                      CECILIA L. DENNIS
                                                        Deputy Attorney General
15                                                      *Attorneys for Defendant*

16   Dated:  January 18, 2012                          GROSS LAW

17
18                                                      */s/ Stuart G. Gross*
                                                        _____
19                                                      STUART G. GROSS
                                                        *Counsel for Plaintiffs and Proposed Class*

20

21

22   PURSUANT TO STIPULATION, IT IS SO ORDERED.

23

24

25

26   Dated:  January 18, 2012                          _____
                                                        MAGISTRATE JUDGE DONNA RYU
27

28   SF2011201820

2

STIPULATION AND [PROPOSED] ORDER REGARDING MODIFICATION OF BRIEFING SCHEDULE AND
HEARING DATE FOR PLAINTIFFS' MOTION FOR CLASS CERTIFICATION (11-CV-2418)