**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEVIN MARILLEY, et al.,                    No. C-11-02418 DMR

        Plaintiffs,              **ORDER CONTINUING FURTHER**
                                        **CASE MANAGEMENT CONFERENCE**

    v.

CHARLTON H. BONHAM,

        Defendant.
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

      The Further Case Management Conference previously scheduled for February 22, 2012 has been CONTINUED to **February 23, 2012 at 11:00 a.m.**,  Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612.  The Case Management Statement is due no later than **February 16, 2012.**

      IT IS SO ORDERED.

Dated:  January 25, 2012

_____
DONNA M. RYU
United States Magistrate Judge