UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

KEVIN MARILLEY, et al.,
    Plaintiffs,

  v.

CHARLES BONHAM,,
    Defendant.

No. C 11-2418 DMR

**ORDER RE: TELEPHONIC MEDIATION**

Date:     April 6, 2012
Evaluator:     Daniel Bowling

IT IS HEREBY ORDERED that the request to excuse the named plaintiffs from personal attendance at the April 6, 2012, mediation session before Daniel Bowling is GRANTED as follows: plaintiffs Kevin Marilley and Salvatore Papetti are excused from appearing in person at the session but shall appear telephonically for the duration of the mediation unless or until excused by the mediator in accordance with ADR L.R. 6-10(f); and plaintiff Savior Papetti is excused from participating in the mediation entirely provided that he grant full settlement authority to his co-plaintiffs.

IT IS SO ORDERED.

March 29, 2012      By: _____
Dated                                       Elizabeth D. Laporte
                                                    United States Magistrate Judge