UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

KEVIN MARILLEY, et al.,
    Plaintiffs,

v.

CHARLES BONHAM,
    Defendant.

No. C 11-2418 DMR

**ORDER RE: TELEPHONIC MEDIATION**

Date:    May 3, 2012
Mediator:    Daniel Bowling

    IT IS HEREBY ORDERED that the request to excuse plaintiff Salvatore Papetti from personal attendance at the May 3, 2012, mediation session before Daniel Bowling is GRANTED. Mr. Papetti shall appear telephonically for the duration of the mediation unless or until excused by the mediator in accordance with ADR L.R. 6-10(f).

    IT IS SO ORDERED.

April 30, 2012
Dated

By: _____
Elizabeth D. Laporte
United States Magistrate Judge