Stuart G. Gross (#251019)
(sgross@gross-law.com)
Jared M. Galanis (#23859)
(jgalanis@gross-law.com)
**GROSS LAW**
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
t (415) 671-4628
f (415) 480-6688

*Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **KEVIN MARILLEY**; **SALVATORE; PAPETTI; SAVIOR PAPETTI,** on behalf of themselves and similarly situated,<br><br>           **Plaintiffs,**<br><br>      v.<br><br>**CHARLTON H. BONHAM**, in his official capacity,<br><br>           **Defendant.** | Case No. 11-2418 (DMR)<br><br>**STIPULATION AND [PROPOSED] ORDER RE AMENDED SCHEDULE**<br><br>AS MODIFIED |

1  WHEREAS, at the February 23, 2012 hearing on class certification, the Court modified its initial August 31, 2011 scheduling order as follows: Non-expert discovery cutoff - July 31, 2012; Expert disclosure deadline - July 31, 2012; Rebuttal expert disclosure deadline - August 14, 2012; Expert discovery cutoff - August 28, 2012; Last day to hear dispositive motions - September 27, 2012; Last day to meet and confer prior to pre-trial conference - December 11, 2012; Joint pre-trial conference statement/trial briefs due - December 21, 2012; Objections due - December 31, 2012; Pre-trial conference - January 9, 2012 3:00 p.m.; Bench trial - January 22, 2012 8:30 a.m.;

WHEREAS, at the February 23, 2012 hearing, the Court also referred the parties to the Northern District ADR Panel to discuss possible approaches to settlement;

WHEREAS, the parties participated in mediation sessions with a Court appointed mediator and exchanged substantive settlement proposals until, on May 11, 2012, the parties ultimately determined that, unfortunately, a settled resolution was not possible;

WHEREAS, during the pendency of the mediation efforts, the parties entered into an informal stay of discovery in order to focus their respective efforts on the achievement of a settled resolution and avoid unnecessary work;

WHEREAS, the parties agree that, in addition to factors related to this informal stay, several factors would make compliance with the present schedule very difficult;

WHEREAS, the parties further agree that the schedule modifications sought herein, while having a material effect on the schedule for the case, are necessary to ensure that the parties have a full and fair opportunity to litigate their respective cases;

WHEREAS, the following prior stipulated scheduling modifications were entered by the Court:

- August 8, 2011 (Dckt. No. 7), setting a briefing schedule for Defendants' response to the Complaint, and
- On August 31, 2011, (Dckt. No. 23), setting a briefing schedule for Plaintiffs' motion for a preliminary injunction; and

1  WHEREAS, the second column in the chart below reflects dates set in accordance with
2  the Court's February 23, 2012 scheduling order, except in the case of events for which that
3  order did not set a date, in which case slashes are included, and the third column in the chart
4  below reflects the proposed agreed upon dates;
5  THE PARTIES HEREBY STIPULATE AND AGREE, IN ACCORDANCE WITH CIVIL
6  LOCAL RULES 6-2 AND 7-12, SUBJECT TO COURT APPROVAL:

| ITEM | Previous Deadlines | Proposed Deadlines |
|---|---|---|
| Last day to propound any written discovery requests, with the exception of requests for admission and associated interrogatories | ///////// | 7/17/12 |
| Last day to propound requests for admission and associated interrogatories | ///////// | 8/10/12 |
| Last day to complete document productions | ///////// | 8/31/12 |
| Last day to complete non-expert depositions | ///////// | 9/14/12 |
| Non-expert discovery cutoff | 7/31/12 | 9/17/12 |
| Expert disclosure deadline | 7/31/12 | 9/17/12 |
| Rebuttal expert disclosure deadline | 8/14/12 | 10/15/12 |
| Expert discovery cutoff | 8/28/12 | 10/29/12 |
| Last day for Plaintiffs to file a motion for summary judgment and Daubert challenges | ///////// | 11/29/12 |
| Last day for Defendant to file opposition and cross-motion for summary judgment/opposition to Daubert challenges and cross-Daubert challenges | ///////// | 1/7/13 |
| Last day for Plaintiffs to file reply ISO summary judgment and opposition to cross-motion for summary judgment/reply ISO Daubert challenges and opposition to cross-Daubert challenges | ///////// | 2/7/13 |
| Last day for Defendant to file reply ISO cross-motion for summary judgment/reply ISO Daubert Challenges | ///////// | ~~3/10/13~~ 3/7/13 |
| Last day to hear dispositive motions (Hearing on Cross MSJs and Daubert Motions) | 9/27/12 | ~~3/31/13~~ 3/28/13 |
| Last day to meet and confer prior to pre-trial conference | 12/11/12 | ~~5/26/13~~ 5/20/13 |
| Joint pre-trial conference statement/trial briefs due | 12/21/12 | ~~6/6/13~~ 5/30/13 |
| Objections due | 12/31/12 | ~~6/17/13~~ 6/10/13 |
| Pre-trial conference | 1/9/13 3:00 p.m. | ~~6/22/13~~ 6/19/13 3:00 p.m. |
| Bench trial    Length of trial not to exceed 4 days | 1/22/13 8:30 a.m | ~~6/27/13~~ 7/1/13 8:30 a.m. |

Dated: June 14, 2012            Respectfully submitted,

**GROSS LAW**

       */s/ Stuart G. Gross*
STUART G. GROSS

*Counsel for Plaintiffs and Proposed Class*

Dated: June 14, 2012            **KAMALA D. HARRIS**
Attorney General of California
**ROBERT W. BYRNE**
Supervising Deputy Attorney General

       */s/ Cecilia L. Dennis*
CECILIA L. DENNIS
Deputy Attorney General

*Attorneys for Defendants*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June 15, 2012

IT IS SO ORDERED AS MODIFIED

/s/ Donna M. Ryu
_____
Magistrate Judge Donna Ryu

**ATTESTATION REGARDING SIGNATURES**

Pursuant to this Court's General Order 45, section X(B), I hereby attest that I have obtained concurrence in the filing of this Stipulation and Proposed Order from the other signatory.

Dated:  June 14, 2012                                       **GROSS LAW**

                                                   _____/s/ Stuart G. Gross_____
                                                   Stuart G. Gross