UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEVIN MARILLEY,

    Plaintiff(s),

v.

JOHN MCCAMMAN,

    Defendant(s).
_____/

No. C-11-02418 DMR

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

TO ALL PARTIES AND COUNSEL OF RECORD:

The court is in receipt of the parties' joint supplemental case management statement. [Docket No. 116.] The court hereby adopts the proposed page limits for briefing on the parties' cross motions for summary judgment set forth in the case management statement. Plaintiffs and Defendant each will have a briefing page limit of 75 pages, and the parties may divide their page limit as each sees fit between their moving, opposition and reply briefs. The Case Management Conference previously scheduled for January 23, 2013 has been CONTINUED to April 24, 2013 **at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. The Case Management Statement is due no later than April 17, 2013.

    IT IS SO ORDERED.

Dated: January 17, 2013



DONNA M. RYU
United States Magistrate Judge