KAMALA D. HARRIS
Attorney General of California
ROBERT W. BYRNE
Senior Assistant Attorney General
CECILIA L. DENNIS, SBN 201997
M. ELAINE MECKENSTOCK, SBN 268861
GARY ALEXANDER, SBN167671
Deputy Attorneys General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5599
 Fax:  (415) 703-5480
 E-mail:  Gary.Alexander@doj.ca.gov
*Attorneys for Defendant
Charlton Bonham*

SUPERIOR COURT OF THE STATE OF CALIFORNIA

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KEVIN MARILLEY, et al.** | Case No. 4:11-CV-2418 |
| Plaintiff, | **[PROPOSED]** **ORDER RE: SCHEDULE FOR SUMMARY JUDGMENT AND *DAUBERT* MOTIONS** AS AMENDED |
| v. | |
| **CHARLTON H. BONHAM,** | |
| Defendants. | |

Having considered the joint letter of the parties [Docket No. 127], the following schedule for summary judgment motions and *Daubert* motions is hereby adopted:

///

///

///

///

///

1

| ITEM | Proposed Date |
|---|---|
| Last day for Plaintiffs to file a motion for summary judgment | 3/14/13 |
| Last day for Defendant to file opposition and cross-motion for summary judgment | 4/11/13 |
| Last day for Defendant to file *Daubert* challenge to Plaintiffs' rebuttal expert | |
| Last day for Plaintiffs to file *Daubert* challenge to Defendant's expert | 4/25/13 |
| Last day for Plaintiffs to file reply ISO summary judgment and opposition to cross-motion for summary judgment | 5/9/13 |
| Last day for Defendant to file opposition to Plaintiffs' *Daubert* challenge | |
| Last day for Plaintiffs to file opposition to Defendant's *Daubert* challenge | |
| Last day for Defendant to file reply ISO cross-motion for summary judgment | 5/23/13 |
| Last day for Plaintiffs to file reply in support of Plaintiffs' *Daubert* challenge | |
| Last day for Defendant to file reply in support of Defendant's *Daubert* challenge | |
| Hearing on Cross MSJs | ~~6/13/13~~ 6/27/13 11:00 a.m. |

**IT IS SO ORDERED.**

Dated: February  21, 2013

IT IS SO ORDERED

DONNA M. RYU
United States Magistrate Judge

SF2011201820

2

*Marilley, et al. v. Bonham*  (4:11-CV-2418)