**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEVIN MARILLEY,                                      No. C-11-02418 DMR

          Plaintiff(s),                   **ORDER RE BRIEFING ON**
                                                      **PLAINTIFFS' REBUTTAL EXPERT**
   v.                                            **REPORT**

CHARLTON BONHAM,

          Defendant(s).
_____/

      The court has reviewed the parties' submissions regarding the timing of Defendant's

anticipated challenge to and/or motion for sanctions regarding Plaintiffs' rebuttal expert report.

[Docket Nos. 129, 132.] Defendant requests an expedited briefing and hearing schedule, but

provides no explanation as to why expedited treatment of any such motion is necessary. The court

will consider any challenge to Plaintiffs' rebuttal expert report in connection with the parties'

summary judgment briefing. Defendant may file objections and/or a request for sanctions in a

separate brief at the same time he files his cross-motion for summary judgment and opposition to

Plaintiffs' motion for summary judgment. The brief shall not exceed five pages. Plaintiffs may file

an opposition to Defendant's objections and/or request for sanctions at the same time they file their

reply brief in support of their motion for summary judgment and opposition to Defendant's cross

**United States District Court**
For the Northern District of California

1  motion for summary judgment. Any opposition shall not exceed five pages. There shall be no reply

2  brief.

3

4          IT IS SO ORDERED.

5

6  Dated: February 22, 2013

7                                                              

8                                                              DONNA M. Ryu
                                                               United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28