UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEVIN MARILLEY,

        Plaintiff(s),

   v.

CHARLTON BONHAM,

        Defendant(s).

No. C-11-02418 DMR

**ORDER RESETTING HEARING ON MOTIONS FOR SUMMARY JUDGMENT**

The court has reviewed Defendant's letter regarding the hearing date for the parties' summary judgment and *Daubert* motions, which is currently set for June 27, 2013 at 11:00 a.m. [Docket No. 134.] The parties are hereby notified that the hearing has been continued to **July 11, 2013 at 11:00 a.m.** The briefing schedule shall remain the same. [*See* Docket No. 130.]

IT IS SO ORDERED.

Dated: March 5, 2013

_____
DONNA M. RYU
United States Magistrate Judge