**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                       UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10

11   KEVIN MARILLEY,                           No. C-11-02418 DMR

12              Plaintiff(s),                   **ORDER VACATING CASE
                                                MANAGEMENT CONFERENCE**
13        v.

14   CHARLTON BONHAM,

15              Defendant(s).
     _____/
16

17   TO ALL PARTIES AND COUNSEL OF RECORD:

18        The April 24, 2013 Case Management Conference is hereby VACATED.

19

20        IT IS SO ORDERED.

21

22   Dated: March 29, 2013

23                                             _____
24                                             DONNA M. RYU
                                               United States Magistrate Judge
25

26

27

28