1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                          OAKLAND DIVISION
11
12

| | |
|---|---|
| **KEVIN MARILLEY**; **SALVATORE; PAPETTI; SAVIOR PAPETTI,** on behalf of themselves and similarly situated,<br><br>**Plaintiffs,**<br><br>v.<br><br>**CHARLTON H. BONHAM**, in his official capacity,<br><br>**Defendant.** | Case No. 11-2418 (DMR)<br><br>[~~PROPOSED~~] **JUDGMENT**<br><br>**Fed. R. Civ. P. 54(b)**<br><br>Judge: The Honorable Donna M. Ryu |

The Court issued its "Order On Parties' Cross Motions For Summary Judgment [Docket Nos. 201. 205] And Evidentiary Motions [Docket Nos. 215, 216, 218, 219, and 227]" on October 16, 2013 (Docket No. 280). The Court further issued its "Stipulated Recitals and [Proposed] Determinations and Order Granting Fed. R. Civ. P. 54(b) Certification of Plaintiffs' Count I and Staying Adjudication of Count II" (Docket No. 285 ). Pursuant to those Orders (Docket No. 280 and Docket No. 285), the Court renders judgment as follows:

1.  **Final Judgment on Plaintiffs' Count I:** Final judgment is entered pursuant to Federal Rule of Civil Procedure 54(b) against Defendant Charlton H. Bonham, in his official capacity as Director of the California Department of Fish and Wildlife, and in favor of Plaintiffs on Count I of Plaintiffs' Fourth Amended Class Action Complaint (Docket No. 69), alleging violations of the Privileges and Immunities Clause of Art. IV of the United States Constitution.

2.  **Declaratory Relief on Plaintiffs' Count I**: The Court declares that the differential fees for commercial fishing licenses (California Fish and Game Code § 7852), commercial boat registrations (California Fish and Game Code § 7881), Dungeness crab vessel permits (California Fish and Game Code § 8280.6), and herring gill net permits (California Fish and Game Code § 8550.5), which vary based on residency and which are enforced by Defendant Charlton H. Bonham, in his official capacity as Director of the California Department of Fish and Wildlife, violate the Privileges and Immunities Clause of Art. IV of the United States Constitution.

3.  **Injunctive Relief on Plaintiffs' Count I**: Defendant Charlton H. Bonham, in his official capacity as Director of the California Department of Fish and Wildlife, is hereby enjoined and restrained from enforcing California Fish & Game Code §§ 7852, 7881, 8280.6, 8550.5 to the extent that such provisions require nonresidents of California to pay a higher fee than residents of California for the commercial fishing licenses specified in § 7852, commercial boat registrations specified in § 7881, Dungeness crab vessel permits specified in § 8280.6, and herring gill net permits specified in § 8550.5.

///

4. **Entry of Judgment**:  The Court hereby directs the clerk of the court to enter this final judgment in favor of Plaintiffs and the Class on Plaintiffs' Count I as described above.

Dated  Nov. 7 , 2013



THE HON. DONNA M. RYU
United States Magistrate Judge