# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## CIVIL LAW & MOTION MINUTE ORDER

**CASE NO.**  C 11-02418-DMR

**CASE NAME:**  KEVIN MARILLEY v. CHARLTON H. BONHAM, ET AL

| | |
|---|---|
| **MAGISTRATE JUDGE DONNA M. RYU** | **COURTROOM DEPUTY:** Ivy Garcia |
| **DATE**: February 20, 2014 | **FTR:** 11:13-12:23 |
| **COUNSEL FOR PLAINTIFF:** <br> Stuart Gross (by Telephone) | **COUNSEL FOR DEFENDANT:** <br> Gary Alexander <br> M. Elaine Meckenstock |

| PROCEEDINGS: | RULING: |
|---|---|
| **1.** Discovery Letter Brief   [Docket No. 321] | GRANTED |

By no later than **March 10, 2014**, Defendant shall provide the total number of hours spent by attorneys and and total number of hours spent by legal assistants in this case.  Defendant shall also break down total hours in categories that best mirror those described in Defendant's opposition to Plaintiffs' fee motion (e.g., motion for preliminary injunction, motion to dismiss, motion for summary judgment).  Defendant shall separate legislative history and discovery into two separate categories and shall include a "catchall" category for all hours that do not fall into one of the enumerated categories.  Defendant shall produce to Plaintiffs all supporting time records.  Defendant may redact attorney-client privileged information from the time records, however non-privileged descriptions of tasks shall remain unredacted.

Plaintiffs' reply to Defendant's opposition to the fee motion must be filed by **March 17, 2014**. By **March 24, 2014**, Defendant may file a sur-reply that is limited to addressing any arguments made by Plaintiffs regarding Defendant's hours.  Any sur-reply may not exceed ten pages.  A hearing will be held on Plaintiffs' fee motion on **April 24, 2014 at 11:00 am.**

By no later than **February 25, 2014**, Defendant shall file a brief letter to the court indicating his willingness to participate in a settlement conference before a Magistrate Judge regarding Plaintiffs' fee request.  If Defendant does not agree to a referral to a Magistrate Judge the parties shall meet and confer regarding an alternative ADR process and submit a joint letter to the court reflecting their discussions.

**ORDER TO BE PREPARED BY:**          [ ] **Plaintiff**     [ ] **Defendant**     [ ] **Court**

**CASE CONTINUED TO:**

cc:     Chambers