United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEVIN MARILLEY,

        Plaintiff(s),

    v.

JOHN MCCAMMAN,

        Defendant(s).
_____/

No. C-11-02418 DMR

**ORDER FOR PLAINTIFFS' TO RESPOND TO DEFENDANT'S DISCOVERY PROPOSAL**

    The court has reviewed Defendant's February 25, 2014 letter regarding mediation of Plaintiffs' attorneys' fees claim and his proposal to stay the two-week deadline for Defendant to respond to discovery ordered by the court on February 20, 2014. [Docket No. 328.] By February 26, 2014, Plaintiffs shall file a brief letter setting forth their response to Defendant's proposal regarding a stay of discovery.

    IT IS SO ORDERED.

Dated: February 25, 2014



DONNA M. RYU
United States Magistrate Judge