Stuart G. Gross (#251019)
(sgross@gross-law.com)
Jared M. Galanis (#238549)
(jgalanis@gross-law.com)
**GROSS LAW**
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
Telephone: (415) 671-4628
Facsimile:  (415) 480-6688

*Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **KEVIN MARILLEY**; **SALVATORE; PAPETTI; SAVIOR PAPETTI,** on behalf of themselves and similarly situated,<br><br>**Plaintiffs,**<br><br>v.<br><br>**CHARLTON H. BONHAM**, in his official capacity,<br><br>**Defendant.** | **Case No. 11-2418 (DMR)**<br><br>~~[PROPOSED]~~ ORDER REGARDING PLAINTIFFS' PARTICIPATION IN THE APRIL 9, 2014 SETTLEMENT CONFERENCE |

The Court, having considered Plaintiffs' unopposed request concerning Plaintiffs' attendance at the April 9, 2014 settlement conference and Defendant's consent to the proposed arrangement, NOW, therefore, it is hereby ORDERED:

1. Plaintiffs' in-person attendance at the April 9, 2014 settlement conference is excused;

2. On the conditions that (a) the designated Plaintiff be given full settlement authority by the other two Plaintiffs, and (b) the designated Plaintiff be available during the entire conference by phone with access to a fax machine or scanner and email, Plaintiffs may designate one Plaintiff to represent all three, in which case the telephonic attendance of the other two Plaintiffs shall also be excused.

IT IS SO ORDERED.

DATED: April 4, 2014

_____
JUDGE LAUREL BEELER

[PROPOSED] ORDER REGARDING PLAINTIFFS' PARTICIPATION IN THE APRIL 9, 2014 SETTLEMENT CONFERENCE; CASE NO. 11-2418

GROSS LAW